```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 35181
   DARNELL PICKETT
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4369


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/02/2005 and was confirmed 11/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED            12719.00       1416.13       12719.00
DAIMLER CHRYSLER FINANCI  UNSEC W/INTER       3000.39        479.06        3000.39
HOMEQ SERVICING CORP      CURRENT MORTG          .00            .00            .00
HOMEQ SERVICING CORP      MORTGAGE ARRE        605.60           .00         605.60
CHARTER ONE BANK          UNSEC W/INTER   NOT FILED             .00            .00
PREMIER BANCARD CHARTER   UNSEC W/INTER        503.94         75.92         503.94
NELNET LNS                NOTICE ONLY     NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER           .00            .00            .00
SALLIE MAE LSCF           NOTICE ONLY     NOT FILED             .00            .00
WASHINGTON MUTUAL HOME L  NOTICE ONLY     NOT FILED             .00            .00
NELNET                    UNSEC W/INTER           .00            .00            .00
ECMC                      UNSEC W/INTER           .00            .00            .00
ECMC                      UNSEC W/INTER           .00            .00            .00
ECMC                      UNSEC W/INTER           .00            .00            .00
ECMC                      UNSEC W/INTER           .00            .00            .00
DAVID M SIEGEL            DEBTOR ATTY        2,244.00                     2,244.00
TOM VAUGHN                TRUSTEE                                         1,329.40
DEBTOR REFUND             REFUND                                            447.22

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                22,820.66

PRIORITY                                           .00
SECURED                                      13,324.60
    INTEREST                                  1,416.13
UNSECURED                                     3,504.33
    INTEREST                                    554.98
ADMINISTRATIVE                                2,244.00
TRUSTEE COMPENSATION                          1,329.40

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 35181 DARNELL PICKETT
```

```
DEBTOR REFUND                                                   447.22
                                     ---------------    ---------------
TOTALS                                     22,820.66         22,820.66
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |